IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA         :

**FILED**

vs.      JUN 1 2 2013   CRIMINAL NO. 11-434-54

ANGEL DUPREY      MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

     : :

## JUDGMENT OF ACQUITTAL/NOT GUILTY

     AND NOW, this 11th day of June, 2013, came the attorney for the Government and the defendant being present with counsel, and

[   ]   The Court having granted the defendant's motion for judgment of acquittal as to:

[   ]   A jury has been waived, and the Court has found the defendant not guilty as to:

[XX]   The jury has returned its verdict, finding the defendant not guilty as to: <u>Counts 325 through 330.</u>

     **AND IT IS THEREFORE ORDERED** that Judgment in accordance with the above finding is hereby entered pursuant to Rule 32(b), Federal Rules of Criminal Procedure.

BY THE COURT:

_____
Berle M. Schiller, J.

cc:     U.S. Marshal
        Probation Office
        Counsel

 <u>6/11/13</u>     <u>C. Campoli</u>
 Date        By Whom

Cr 1 (8/80)